UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-CV-24181-FAM

SARAH BROWN, an individual, and
STEPHANIE BERGMANN, an individual.

       Plaintiffs,

vs.

PORKY'S CABARET INC., d/b/a
BELLAS CABARET, a Florida Corporation,
TUNDIDOR, INC. d/b/a EROTICA
CABARET, a Florida Corporation, and
JAMES TUNDIDOR, JR an Individual,
GEORGINA TUNDIDOR, an individual and
DULCE TUNDIDOR, an individual.

       Defendant(s).
_____/

## STATEMENT OF CLAIM

The Plaintiffs, SARAH BROWN and STEPHANIE BERGMANN, by and through undersigned counsel and pursuant to this Honorable Court's Notice of Court Practice in Fair Labor Standards Act Cases, dated October 10, 2019 [ECF No. 4], hereby provide their statement of the claim for FLSA-based cases.

### SARAH BROWN

2014:

**Regular Wage Claim (tipped wage employee)**
Period claimed: 16 weeks
Rate owed: $4.91 hourly
Hours per week: 45
45 rt hours x 16weeks x $4.91 = $3,535.20 x 2 (liquidated damages) = **$7,070.40**

2015:

**Regular Wage Claim (tipped wage employee)**
Period claimed: 52 weeks Rate
owed: $5.03 hourly
Hours per week: 45;
45 rt hours x 52 weeks x $5.03 = $11,770.20 x 2 (liquidated damages) = **$23,540.40**

2016:

**Regular Wage Claim (tipped wage employee)**
Period claimed: 52 weeks
Rate owed: $5.03 hourly
Hours per week: 45; Regular hours per week: 40
40 rt hours x 52 weeks x $5.03 = $8,852.80 x 2 (liquidated damages) = **$17,705.60**

**Overtime Claim (Time-and-a-half)**
Period claimed: 16 weeks
Overtime hours per week: 5
During this period Ms. BROWN worked 80 overtime hours for Defendant, but was not paid anything
Rate owed: based upon $5.03 hourly x 1.5 = $7.54
5 ot hours x 16 weeks x $7.54 = $603.20 x 2 (liquidated damages) = **$1,206.40**

2017:

**Regular Wage Claim (tipped wage employee)**
Period claimed: 21 weeks
Rate owed: $5.08 hourly
Hours per week: 45; Regular hours per week: 40
40 rt hours x 21 weeks x $5.08 = $4,267.20 x 2 (liquidated damages) = **$8,534.40**

**Overtime Claim (Time-and-a-half)**
Period claimed: 21 weeks
Overtime hours per week: 5
During this period Ms. BROWN worked 105 overtime hours for Defendant, but was not paid anything
Rate owed: based upon $5.08 hourly x 1.5 = $7.62
5 ot hours x 21 weeks x $7.62 = $800.10 x 2 (liquidated damages) = **$1,600.20**

**TOTAL DAMAGES OWED TO SARAH BROWN**:              **$59,657.40**

Your Advocate to Chase Justice ℠

<u>STEPHANIE BERGMANN</u>

2014:

**Regular Wage Claim (tipped wage employee)**
Period claimed: 16 weeks
Rate owed: $4.91 hourly
Hours per week: 45
45 rt hours x 16weeks x $4.91 = $3,535.20 x 2 (liquidated damages) = **$7,070.40**

2015:

**Regular Wage Claim (tipped wage employee)**
Period claimed: 52 weeks Rate
owed: $5.03 hourly
Hours per week: 45;
45 rt hours x 52 weeks x $5.03 = $11,770.20 x 2 (liquidated damages) = **$23,540.40**

2016:

**Regular Wage Claim (tipped wage employee)**
Period claimed: 52 weeks
Rate owed: $5.03 hourly
Hours per week: 45; Regular hours per week: 40
40 rt hours x 52 weeks x $5.03 = $8,852.80 x 2 (liquidated damages) = **$17,705.60**

**Overtime Claim (Time-and-a-half)**
Period claimed: 16 weeks
Overtime hours per week: 5
During this period Ms. BERGMANN worked, 80 overtime hours for Defendant, but was not paid anything
Rate owed: based upon $5.03 hourly x 1.5 = $7.54
5 ot hours x 16 weeks x $7.54 = $603.20 x 2 (liquidated damages) = **$1,206.40**

2017:

**Regular Wage Claim (tipped wage employee)**
Period claimed: 30 weeks
Rate owed: $5.08 hourly
Hours per week: 45; Regular hours per week: 40
40 rt hours x 30 weeks x $5.08 = $6,096.00 x 2 (liquidated damages) = **$12,192.00**

**Overtime Claim (Time-and-a-half)**
Period claimed: 30 weeks
Overtime hours per week: 5
During this period Ms. BERGMANN worked 150 overtime hours for Defendant, but was not paid anything

Your Advocate to Chase Justice ᔆᴹ

Rate owed: based upon $5.08 hourly x 1.5 = $7.62
5 ot hours x 30 weeks x $7.62 = $1,143.00 x 2 (liquidated damages) = **$2,286.00**

### TOTAL DAMAGES OWED TO STEPHANIE BERGMANN:           $64,000.40

Plaintiffs reserves the right to amend should discovery demonstrate additional time-and-a- half damages for any unpaid overtime hours or unpaid regular time wages.

### ATTORNEY'S FEES:

David J. Gillis, Esq.:
Hours Worked: 8.1
Rate: $350.00 per hour
Total Fees: $2,835.00

Brandon Chase, Esq.:
Hours Worked: 7
Rate: $350.00 per hour
Total Fees: $2,450.00

Hugo Apellaniz, Esq.:
Hours Worked: 7
Rate: $350.00 per hour
Total Fees:  $2,450.00

Total Hours Worked all Counsel: 22.1
Total Fees all Counsel: $7,735.00

Respectfully Submitted,

**LAW OFFICES OF BRANDON L. CHASE, P.A.**
2800 Ponce de Leon Boulevard., Suite 1100
Coral Gables, Florida 33134
Telephone:    (305) 677-2228
Facsimile:    (305) 677-3232

By:    _____/s/ Brandon L. Chase_____
Brandon L. Chase, Esq., Florida Bar No. 90961
E-mail:    brandon@chasejustice.com
eservice@chasejustice.com
john@chasejustice.com

4

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on October 30, 2019, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some electronically Notices of Electronic Filing.

>*/s/ Brandon L. Chase*
>Brandon L. Chase

Your Advocate to Chase Justice ℠

**SERVICE LIST**
*Ponce v. Tundidor, Inc. et al.*
Case No.: 1:19-cv-21014

**David J. Gillis, Esq.**
LAW OFFICES OF DAVID J. GILLIS, P.A.
200 South Andrews Avenue, Suite 700
Fort Lauderdale, Florida 33301
Telephone:    (954) 507-5772
Facsimile:    (954) 208-0635
Email:    dgillis@justicesouthflorida.com
          jcarreno@justicesouthflorida.com
*Co-Counsel for Plaintiff*

**Hugo Apellaniz, Esq.**
APELLANIZ LAW, P.A.
1700 East Las Olas Blvd., Suite 207
Fort Lauderdale, Florida 33301
Telephone:    (954) 533-2903
Facsimile:    (954) 533-2903
Email:    apellanizlaw@gmail.com
*Co-Counsel for Plaintiff*

**Joshua M. Entin, Esq.**
ENTIN LAW GROUP, P.A.
633 S. Andrews Avenue, Suite 500 Ft.
Lauderdale, Florida 33301
Telephone:    (954) 761-7201
Facsimile:    (954) 764-2443
Email:
    josh@entinlaw.com
        laurac@entinlaw.com
        ryan@entinlaw.com
*Attorneys for Defendant*

Your Advocate to Chase Justice ᴴᴹ